UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

THOMAS C. ZEMBIEC,

        Plaintiff,

v.

COUNTY OF MONROE, et al.,

        Defendants.

ORDER

09-CV-6075L

---

Defendants having filed on September 21, 2009 a motion to conventionally file under seal a copy of the July 21, 2008 medical report by Jay A. Spunick, M.D. (Docket # 10), and this Court having been advised telephonically on September 22, 2009, by the Noelle Frechette, paralegal to Christina A. Agola, Esq., counsel for plaintiff, that Ms. Agola has no objection to defendants' motion, and good cause having been shown, it is hereby

ORDERED, that defendants' motion to conventionally file under seal a copy of Dr. Spunick's July 21, 2008 medical report (**Docket # 10**) is **GRANTED**. It is further

ORDERED, that the Clerk of the Court is directed to file under seal the unredacted copy of the July 21, 2008 medical report of Jay A. Spunick, M.D.

**IT IS SO ORDERED.**

                                                                       _/s/ Marian W. Payson_
                                                                 MARIAN W. PAYSON
                                                          United States Magistrate Judge

Dated: Rochester, New York
       September 24, 2009